**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| Theodore Lucio, et al. | : | |
| | : | Case No. 3:15-cv-00613-JJH |
| Plaintiffs, | : | |
| | : | JUDGE JEFFREY J. HELMICK |
| v. | : | |
| | : | |
| Edw. C. Levy Co., et al., | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

This cause was heard on the motion of Defendant North Star BlueScope Steel, LLC for an extension of time until May 4, 2015 to move, plead, or otherwise respond to the complaint. The Court finds that this motion is well taken.

It is therefore ordered that North Star BlueScope Steel, LLC may have until May 4, 2015 to respond to the complaint.

Date: April 6, 2015         s/Jeffrey J. Helmick
                            Judge