# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **Theodore Lucio, et al.,**<br><br>    Plaintiffs,<br><br>v.<br><br>**Edw. C. Levy Co., et al.,**<br><br>    Defendants. | Case No. 3:15-cv-00613-JJH<br><br>Judge Jeffrey J. Helmick |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Jennie K. Ferguson of Dinsmore & Shohl, LLP hereby enters her appearance as counsel for Defendant North Star BlueScope Steel, LLC in the above-referenced matter.

    Respectfully submitted:

    /s/ *Jennie K. Ferguson*
    Charles E. Ticknor, III (#0042559)
    Gregory P. Mathews (#0078276)
    Jennie K. Ferguson (#0081086)
    DINSMORE & SHOHL, LLP
    191 W. Nationwide Blvd., Ste. 300
    Columbus, Ohio 43215
    Tel.: (614) 628-6880
    Fax: (614) 628-6890
    E-mail: charles.ticknor@dinsmore.com
           gregory.mathews@dinsmore.com
           jennie.ferguson@dinsmore.com
    *Counsel for Defendant North Star*
    *BlueScope Steel, LLC*

## CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing Notice of Appearance of Counsel was served on all counsel of record by means of filing using the electronic filing system of the Court and automatic notice procedure of that system, on April 16th, 2015.

      */s/ Jennie K. Ferguson*
      Jennie K. Ferguson (0081086)

9566731v1