IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

THEODORE LUCIO, et al.,            Case No. 3:15-CV-00613

    Plaintiffs,                              REPORT OF PARTIES' PLANNING MEETING

v.                                             Judge Jeffrey Helmick

EDW. C. LEVY CO.., et al.,

    Defendants.

    1.      Pursuant to Fed. R. Civ. P. 26(f) and L.R. 16.3(b), a meeting was held on May 7, 2015, and was attended by:

Kevin J. Boissoneault                       Counsel for Plaintiffs

Stuart Goldberg                             Counsel for Defendant Edw. C. Levy Co.

Jennie K Ferguson                         Counsel for Defendant North Star BlueScope Steel

    2.      The parties:

    \_\_\_\_ Have exchanged the pre-discovery disclosures required by Rule 26(a)(l) and the Court's prior order; or

    __X__ Will exchange such disclosures by _____6/4/15_____.

    3.      The parties recommend the following track:

    \_\_\_\_ Expedited    __X__ Standard    \_\_\_\_ Complex
    \_\_\_\_ Administrative        \_\_\_\_ Mass Tort

    4.      This case \_\_\_\_ is/ __X__ is not suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms at this time.

    \_\_\_\_ Early Neutral Evaluation      \_\_\_\_ Mediation      \_\_\_\_ Arbitration

    \_\_\_\_ Summary Jury Trial            \_\_\_\_ Summary Bench Trial

5.      The parties __ do/__X__ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. 636 (c).

If you are consenting to the jurisdiction of the Unties States Magistrate Judge, please contact the Judge's Chambers (419 213-5675) prior to the Case Management Conference. A Consent to the Exercise of Jurisdiction will then be issued for signature by all parties and the case will be sent to the Magistrate Judge for the Case Management Conference and all further proceedings.

6.      The parties agree that this case ____ does/__X__ does not involve electronic discovery.

7.      Recommended Discovery Plan (Counsel are reminded to review the default standard for e-discovery set forth in Appendix K to the Local Rules):

(a)     Describe the subjects on which discovery is to be sought, the nature and extent of discovery and any potential problems:  __Facts and circumstances; relationship between North Star BlueScope Steel and Edw. C. Levy Co. and Levy Environmental; request for production of documents; interrogatories; depositions__.

(b)     Describe anticipated e-discovery issues (i.e., what ESI is available and where it resides; ease/difficulty and cost of producing information/; schedule and format of production; preservation of information; agreements about privilege or work-production protection, etc.):

_____

(c)     Describe handling of expert discovery (i.e., timetable for disclosure of names and exchange of reports, depositions):  __Plaintiffs due 11/21/15 (liability only)__

                        __Defendants due 12/21/15 (liability only)__

                        __Damages experts for both due 30 days before trial__

(d) Discovery Deadlines:

  (i) Liability: 11/21/15

  (ii) Damages: 11/21/15

8. Recommended dispositive motion date: 12/21/15

9. Recommended cut-off for amending the pleadings and/or adding additional parties:

   8/21/15

10. Recommended date for status hearing and/or final pretrial settlement conference:

   Per Court

11. Other matters for the attention of the Court: This case is related to case 3:14-cv-01849

   Attorneys for Plaintiffs: /s/ Kevin J. Boissoneault

   Attorneys for Defendants: /s/Stuart Goldberg

   /s/ Jennie K Ferguson