IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **THEODORE LUCIO, et al.,** | * | Case No.  3:15-CV-00613 |
| Plaintiffs, | * | Judge Jeffrey Helmick |
| v. | * | **JOINT MOTION TO EXTEND DATES** |
| **EDW. C. LEVY CO., et al.,** | * | |
| Defendants. | * | |

Now come the parties, by and through counsel, and hereby request that all dates be extended 60 days to allow additional time for discovery and deposition necessary for expert disclosures.  The parties propose the following dates:

(1)   Discovery deadline:                                              February 19, 2016
       Plaintiffs' expert disclosure and report:           February 19, 2016
       Defendants' expert disclosure and report:      March 21, 2016

(2)   Dispositive motion deadline:                           April 1, 2016
       Brief in opposition:                                              April 26, 2016
       Briefs in reply:                                                      May 10, 2016


Respectfully submitted,

/s/ Kevin J. Boissoneault                    /s/Stuart J. Goldberg
Kevin J. Boissoneault                         Stuart J. Goldberg
Attorney for Plaintiffs                          Attorney for Edw. C. Levy Co.


/s/ Charles E. Ticknor
Charles E. Ticknor
Attorney for North Star BlueScope Steel

> Motion Granted.
> So Ordered.
>
> s/ Jeffrey J. Helmick
> United States District Judge