# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **THEODORE LUCIO, et al.,** | * | Case No. 3:15-cv-00613-JJH |
| Plaintiffs, | * | JUDGE JEFFREY J. HELMICK |
| v. | * | **REQUEST FOR ORAL ARGUMENT** |
| **EDW. C. LEVY CO., et al.,** | * | |
| Defendants. | * | |

Plaintiffs Theodore Lucio, et al., by and through counsel, respectfully request Oral Argument regarding their opposition to Defendant Edw. C. Levy Co.'s, motion for summary judgment and their opposition to Defendant North Star BlueScope Steel, LLC's motion for summary judgment.

Respectfully submitted,

**GALLON, TAKACS, BOISSONEUALT
& SCHAFFER CO., L.P.A.**

By:   /s/ Kevin J. Boissoneault
      Kevin J. Boissoneault
      Jonathan M. Ashton
      3516 Granite Circle
      Toledo, OH 43617
      (419) 843-2001
      (419) 841-2608 (FAX)
      kboisson@gallonlaw.com
      jashton@gallonlaw.com
      Attorneys for Plaintiffs

## CERTIFICATION OF FILING

I hereby certify that on this 26th day of April, 2016, a copy of the foregoing *Plaintiffs' Request for Oral Argument* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

By:  /s/ Kevin J. Boissoneault
Kevin J. Boissoneault
Jonathan M. Ashton