UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION


Theodore Lucio, et al.,                                          Case No. 3:15-cv-00613

                    Plaintiffs

        v.                                                        ORDER


Edw. C. Levy Co., et al.,

                    Defendants


        Plaintiffs filed a motion for oral argument on April 26, 2016.  (Doc. No. 62).  Pursuant to

the Court's review of the Plaintiffs' oppositions to defendants' motions for summary judgment, it

hereby is Ordered that Plaintiffs motion for oral argument is granted in part.

        The oral argument is scheduled for August 8, 2016 at 2:30 p.m. in Courtroom 204.

        Oral argument is limited as to the constitutionality of Ohio's Statute of Repose, Ohio

Revised Code § 2305.131(A)(1).


        So Ordered.


                                                        s/ Jeffrey J. Helmick
                                                        United States District Judge